UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **SACV 09-1401-DMG(ANx)** | Date | MAY 7, 2010 |
|---|---|---|---|

| Title | *Jeffrey Vartanian, et al., v. BAC Home Loans Servicing LP, et al.,* |
|---|---|

| Present: The Honorable | DOLLY M. GEE., UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

On March 24, 2010, the Court granted Defendant BAC Home Loans Servicing LP's motion to dismiss Plaintiffs' complaint, with leave to amend, and provided that Plaintiffs shall have until April 23, 2010 to file a first amended complaint.  As of the date of this Order, Plaintiffs have not filed a first amended complaint.

Accordingly, the Court, on its own motion, orders Plaintiffs to appear on *May 24, 2010 at 9:30 a.m.* to show cause why this action should not be dismissed for lack of prosecution.  Plaintiffs are advised that their failure to appear on May 24, 2010 shall be deemed their consent to the dismissal of this action for lack of prosecution.

**IT IS SO ORDERED.**

cc: all parties

| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |
|---|---|---|